AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

WILLIE LEE JEFFERSON,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER: **3:07-cv-0160-BES-RAM**

GLEN WHORTON, et al.,

     Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE for plaintiff's failure to state a claim and failure to obey this Court's orders.

  December 9, 2008                           **LANCE S. WILSON**
                                                          Clerk

                                                /s/ Kalani Lizares
                                                   Deputy Clerk